UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>NORBERTO FLORES-LOPEZ,<br><br>Defendant. | CASE NO. CR19-203RSM<br><br>ORDER |

The Court has reviewed the Government's Emergency Motion to Stay Defendant's Release and Appeal Magistrate Judge's Release Order (Dkt. #254) and finds the United States' request to stay Defendant's release pending the resolution of the appeal of Magistrate Judge Theiler's decision to release Defendant appropriate given the time-sensitive nature of the request.

IT IS THERFORE ORDERED that the United States' Emergency Motion to Stay Defendant's Release is GRANTED. Defendant will remain in custody until the resolution of the appeal of the Magistrate Judge's decision to release Defendant. A response from Defendant is necessary. Accordingly, the Court DIRECTS that Defendant file a Response no later than **noon on Thursday, April 9, 2020**.

DATED this 6th day of April, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1