The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>NORBERTO FLORES-LOPEZ,<br><br>Defendant. | NO. CR19-203 RSM<br><br>**ORDER TO SEAL** |

Having read the Government's Motion to Seal and because of the sensitive information contained within the Government's Emergency Motion to Stay Defendant's Release and Appeal Magistrate Judge's Release Order;

//
//
//

Order to Seal
*U.S. v. Flores-Lopez,* CR19-203 RSM - 1

It is hereby ORDERED that the Government's Emergency Motion to Stay Defendant's Release and Appeal Magistrate Judge's Release Order shall remain sealed.

DATED this 7th day of April, 2020.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*S/ C. Andrew Colasurdo*
C. ANDREW COLASURDO
Assistant United States Attorney

Order to Seal
*U.S. v. Flores-Lopez,* CR19-203 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970