UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR19-203RSM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| NORBERTO FLORES-LOPEZ, | |
| Defendant. | |

Defendant Norberto Flores-Lopez's motion to file the *ex parte* motion to discharge counsel under seal is GRANTED.

DATED this 2nd day of November, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1