UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DANIEL HERNANDEZ, et al.,<br><br>Defendants. | CASE NO. CR19-203RSM<br><br>ORDER AUTHORIZING PLEA HEARING BY VIDEO |

The court has considered the unopposed motion by defendant NORBERTO FLORES-LOPEZ to conduct the hearing on his change of plea remotely by video teleconference. The court finds that this hearing could not be conducted in person without seriously jeopardizing public health and safety. If the court does not conduct this hearing remotely, it is uncertain when the change of plea hearing, and the sentencing to follow, may be held. On this record, the court finds that this proceeding cannot be further delayed without serious harm to the interest of justice.

///

///

///

ORDER AUTHORIZING PLEA HEARING BY VIDEO - 1

The motion to permit the conduct of the hearing on the change of plea remotely by video/teleconference is GRANTED.

ORDERED this 15th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE